UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| DANIEL HIRAM GIBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 2:13-CV-01838-RCJ-NJK |
| v. ) | |
| ) | |
| TOM VILSACK, ) | O R D E R |
| ) | |
| Defendant. ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #2) entered on October 11, 2013, in which the Magistrate Judge recommends that the Court Clerk shall file the Complaint, and be dismissed for failure to state a claim upon which relief can be granted without leave to amend. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #2).

IT IS HEREBY ORDERED that the Clerk of the Court shall file the complaint.

IT IS FURTHER ORDERED that the Complaint is DISMISSED. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 22nd day of October, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE